FILED
Nov 15 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ Al   DEPUTY

# SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

August 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CARLOS RAUL MILLAN-RODRIGUEZ (1),<br>EDGAR HURTADO (2),<br>RAYMOND FLORES (3),<br>AMEEN ROBEEN KAHLLA (4),<br>ELIZABETH MILLAN (5),<br>BRANDON GARCIA (6),<br>MIGUEL DAVID QUINTERO ORNELAS (7),<br>DANIEL OSVALDO CAMPOS RAMIREZ (8),<br>MIGUEL MORENO PEREZ (9),<br><br>　　　　　Defendants. | Case No. '24 CR2434 AGS<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 – Conspiracy to Distribute Controlled Substances; Title 21, U.S.C., Sec. 841(a)(1) – Possession with Intent to Distribute Controlled Substances; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 18, U.S.C., Secs. 1956(h), 1956(a)(2)(A)(i) and 1956(a)(1)(B)(i) – Conspiracy to Launder Money; Title 18, U.S.C., Sec. 1956(a)(1)(A)(i) – Money Laundering; Title 21, U.S.C., Sec. 853, and Title 18, U.S.C., Secs. 982(a)(1) and 982(b) – Criminal Forfeiture |

　The grand jury charges:

## Count 1

(Conspiracy to Distribute Fentanyl)

　Beginning on a date unknown to the grand jury and at least continuing up to and including October 2023, within the Southern District of California, and elsewhere, defendants CARLOS RAUL MILLAN-RODRIGUEZ, EDGAR HURTADO, RAYMOND FLORES, AMEEN ROBEEN KAHLLA, and MIGUEL MORENO PEREZ did knowingly and intentionally conspire with others known and unknown to the grand jury to distribute 400 grams and more of a mixture

LGR:nlv(1):San Diego:11/14/24

1  and substance containing a detectable amount of N-phenyl-N-[1-(2-
2  phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a
3  Schedule II Controlled Substance; in violation of Title 21,
4  United States Code, Sections 841(a)(1) and 846.

Count 2

(Possession with the Intent to Distribute Fentanyl)

On or about January 24, 2023, within the Southern District of California, defendants EDGAR HURTADO and RAYMOND FLORES did knowingly and intentionally possess with the intent to distribute, 400 grams and more, to wit: approximately 2,900 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Count 3

(Possession with the Intent to Distribute Fentanyl)

On or about May 25, 2023, within the Southern District of California, defendant AMEEN ROBEEN KAHLLA did knowingly and intentionally possess with the intent to distribute, 400 grams and more, to wit: approximately 1,943 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 4

(Possession with the Intent to Distribute Fentanyl)

On or about September 1, 2023, within the Southern District of California, defendant CARLOS RAUL MILLAN-RODRIGUEZ did knowingly and

1  intentionally possess with the intent to distribute, 400 grams and more,
2  to wit: approximately 980.7 grams of a mixture and substance containing
3  a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]
4  propanamide (commonly known as fentanyl), a Schedule II Controlled
5  Substance; in violation of Title 21, United States Code,
6  Section 841(a)(1).

7                              Count 5
8              (Possession with the Intent to Distribute Fentanyl)
9      On or about October 9, 2023, within the Southern District of
10 California, defendant MIGUEL MORENO PEREZ did knowingly and
11 intentionally possess with the intent to distribute, 400 grams and more,
12 to wit: approximately 2,199.3 grams of a mixture and substance containing
13 a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]
14 propanamide (commonly known as fentanyl), a Schedule II Controlled
15 Substance; in violation of Title 21, United States Code,
16 Section 841(a)(1).

17                              Count 6
18              (Conspiracy to Distribute Methamphetamine)
19     Beginning on a date unknown to the grand jury and at least
20 continuing up to and including October 2023, within the Southern District
21 of California, and elsewhere, defendants CARLOS RAUL MILLAN-RODRIGUEZ,
22 AMEEN ROBEEN KAHLLA, BRANDON GARCIA, MIGUEL DAVID QUINTERO ORNELAS,
23 DANIEL OSVALDO CAMPOS RAMIREZ, and MIGUEL MORENO PEREZ did knowingly and
24 intentionally conspire with others known and unknown to the grand jury
25 to distribute 50 grams and more of methamphetamine (actual), a
26 Schedule II Controlled Substance; in violation of Title 21,
27 United States Code, Sections 841(a)(1) and 846.
28 //

Count 7

(Possession with the Intent to Distribute Methamphetamine)

On or about May 25, 2023, within the Southern District of California, defendant AMEEN ROBEEN KAHLLA did knowingly and intentionally possess with the intent to distribute, 50 grams and more, to wit: approximately 1,285 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 8

(Possession with the Intent to Distribute Methamphetamine)

On or about July 18, 2023, within the Southern District of California, defendant CARLOS RAUL MILLAN-RODRIGUEZ did knowingly and intentionally possess with the intent to distribute, 50 grams and more, to wit: approximately 989.6 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 9

(Possession with the Intent to Distribute Methamphetamine)

On or about October 2, 2023, within the Southern District of California, defendants BRANDON GARCIA, MIGUEL DAVID QUINTERO ORNELAS, and DANIEL OSVALDO CAMPOS RAMIREZ did knowingly and intentionally possess with the intent to distribute, 50 grams and more, to wit: approximately 2,210.9 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

//
//
//

## Count 10

(Possession with the Intent to Distribute Methamphetamine)

On or about October 9, 2023, within the Southern District of California, defendant MIGUEL MORENO PEREZ did knowingly and intentionally possess with the intent to distribute, 50 grams and more, to wit: approximately 1,306.8 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 11

(Money Laundering Conspiracy)

Beginning on a date unknown to the grand jury and continuing at least up to and including October 2023, within the Southern District of California and elsewhere, defendants CARLOS RAUL MILLAN-RODRIGUEZ, EDGAR HURTADO, RAYMOND FLORES, AMEEN ROBEEN KAHLLA, ELIZABETH MILLAN, BRANDON GARCIA, MIGUEL DAVID QUINTERO ORNELAS, DANIEL OSVALDO CAMPOS RAMIREZ, and MIGUEL MORENO PEREZ, did knowingly and intentionally conspire with each other and with others known and unknown to the grand jury, to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, the felonious distribution of controlled substances punishable under Title 21, United States Code, Chapter 13, and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity:

    a. with the intent to promote the carrying on of such specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

    b. knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source,

ownership, and control of the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## Count 12

(Money Laundering)

On or about October 10, 2023, within the Southern District of California, defendant ELIZABETH MILLAN, with the intent to promote the carrying on of specified unlawful activity, to wit: Distribution of Controlled Substances, did knowingly attempt to transport, transmit, and transfer, a monetary instrument and funds, to wit: $15,000 in United States currency, from a place in the United States to a place outside the United States; in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 12 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982(a)(1).

2. Upon conviction of one and more of the felony offenses alleged in Counts 1 through 10 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants EDGAR HURTADO, RAYMOND FLORES, AMEEN ROBEEN KAHLLA, BRANDON GARCIA, MIGUEL DAVID QUINTERO ORNELAS, DANIEL OSVALDO CAMPOS RAMIREZ, and MIGUEL MORENO PEREZ, shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property

constituting, and derived from, any proceeds the defendants obtained, directly and indirectly, as the result of the offenses, and any and all property used and intended to be used in any manner and part to commit and to facilitate the commission of the violations alleged in Counts 1 through 10 of this Indictment. The property to be forfeited includes, but is not limited to:

    a.    $6,606 in U.S. Currency
    b.    200 Mexican Pesos
    c.    $10,156.50 in Continental Express Money Orders
    d.    $20,700.48 in MoneyGram Money Orders
    e.    $51,103.08 in Western Union Money Orders
    f.    $70,902.84 in United States Postal Service Money Orders
    g.    $8,860.64 in Wells Fargo Money Orders
    h.    $1,982 in Intermex Money Orders
    i.    $8,274 in Sun Community Federal Credit Union Money Orders
    j.    $15,000 in U.S. Currency
    k.    One FN M249S semi-automatic machine gun, 5.56 Caliber
    l.    Two (2) unknown, unsterilized gold AR-15 style rifle
    m.    Three (3) gold AR-15 magazines
    n.    One (1) CZ 75 SP-01 handgun, 9mm

    3.    Upon conviction of one and more of the offenses alleged in Counts 11 and 12 of this Indictment, and pursuant to Title 18, United States Code, Section 982(a)(1), defendants CARLOS RAUL MILLAN-RODRIGUEZ, EDGAR HURTADO, RAYMOND FLORES, AMEEN ROBEEN KAHLLA, ELIZABETH MILLAN, BRANDON GARCIA, MIGUEL DAVID QUINTERO ORNELAS, DANIEL OSVALDO CAMPOS RAMIREZ, and MIGUEL MORENO PEREZ, shall forfeit to the United States, all property, real and personal, involved in such offenses, and all

1 property traceable to such property. The property to be forfeited
2 includes, but is not limited to:
3    a.   $6,606 in U.S. Currency
4    b.   200 Mexican Pesos
5    c.   $10,156.50 in Continental Express Money Orders
6    d.   $20,700.48 in MoneyGram Money Orders
7    e.   $51,103.08 in Western Union Money Orders
8    f.   $70,902.84 in United States Postal Service Money Orders
9    g.   $8,860.64 in Wells Fargo Money Orders
10   h.   $1,982 in Intermex Money Orders
11   i.   $8,274 in Sun Community Federal Credit Union Money Orders
12   j.   $15,000 in U.S. Currency
13   k.   One FN M249S semi-automatic machine gun, 5.56 Caliber
14   l.   Two (2) unknown, unsterilized gold AR-15 style rifle
15   m.   Three (3) gold AR-15 magazines
16   n.   One (1) CZ 75 SP-01 handgun, 9mm
17   4.   If any of the above-described forfeitable property, as a
18 result of any act or omission of the defendants:
19      a.   cannot be located upon the exercise of due diligence;
20      b.   has been transferred or sold to, or deposited with, a
21 third party;
22      c.   has been placed beyond the jurisdiction of the Court;
23      d.   has been substantially diminished in value; or
24      e.   has been commingled with other property which cannot be
25 subdivided without difficulty;
26 //
27 //
28

1 it is the intent of the United States, pursuant to Title 21, United
2 States Code, Section 853(p) and Title 18, United States Code,
3 Section 982(b), to seek forfeiture of any other property of the
4 defendants up to the value of the property listed above as being subject
5 to forfeiture.
6 All pursuant to Title 21, United States Code, Section 853, and Title 18,
7 United States Code, Sections 982(a)(1) and 982(b).
8     DATED: November 15, 2024.

12 TARA K. McGRATH
   United States Attorney

14 By: _____
15     LOREN G. RENE
       Assistant U.S. Attorney